**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| **In the matter of:** | **Case No.:** 04-33787-dof |
| Penny Walt | **Chapter 13 Proceedings** |
| **Debtor(s).** | **Judge Daniel Opperman** |
| _____/ | |

## NOTICE OF UNCLAIMED DIVIDENDS

**TO: CLERK OF THE COURT**

  The attached check represents an unclaimed dividend in this estate and is remitted to the clerk of the court pursuant to U.S.C. 347(a). The name of the party entitled to this unclaimed dividend is as follows:

| Creditor or Debtor Name | Court Clm.# | Trustee Clm.# | Class of Claim | Check# | Amt. of Check |
|---|---|---|---|---|---|
| Citizens Insurance Company | 1 | 5 | Unsecured | 713718 | $0.82 |

Dated: July 26, 2010

                ___/s/Carl L. Bekofske___
                Carl L. Bekofske,
                Standing Chapter 13 Trustee
                400 N. Saginaw St., Ste 331
                Flint, MI 48502
                Telephone: (810) 238-4675
                Fax: (810) 238-4712
                Email: ECF@flint13.com
                P10645